IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **Scott Peters,** | * | |
| | * | |
| *Plaintiff*, | * | |
| | * | |
| v. | * | Civ. No.: 1:14-cv-276-WS-N |
| | * | |
| **Hargrove & Associates, Inc.,** | * | |
| | * | |
| *Defendant*. | * | |

### JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Scott Peters ("Plaintiff"), and Defendant, Hargrove & Associates, Inc. ("Defendant" or "Hargrove"), file this *Joint Motion to Dismiss With Prejudice*.

Plaintiff filed this action against Defendant under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.,* ("FLSA"), seeking payment of alleged unpaid overtime, liquidated damages, attorney's fees and costs. This Court has jurisdiction over claims arising under the FLSA under 29 U.S.C. §216(b). Plaintiff's Complaint also asserted an Alabama state-law breach of contract claim seeking payment of accrued but unpaid paid time off ("PTO"). The Court has jurisdiction over such claim under 28 U.S.C.

1

§1367. Following the exchange of written discovery and significant discussions regarding the claims presented, without the need for depositions or significant legal expense, the parties hereto have agreed to a settlement of the breach of contract claim and a dismissal with prejudice of all claims presented. In support of their joint motion, the parties state as follows:

The disputes between the parties involved: (1) whether the Plaintiff was a *non-exempt* employee entitled to overtime pay at one and one half times (1½) his regular rate of pay for all hours worked in excess of forty (40) hours in a work week, as originally contended by the Plaintiff, or, as contended by Hargrove, Plaintiff was a *highly compensated, exempt* employee under the administrative and/or professional exemptions under the FLSA during the time Plaintiff was employed by Hargrove, and (2) whether the Plaintiff was entitled, under Hargrove's policies, to payment of 198.67 hours of PTO at $47 per hour upon termination of his employment with Hargrove.

Hargrove admits that it was Plaintiff's "employer" for the purposes of the FLSA during the times alleged in the Complaint and that it was and remains engaged in interstate commerce. *See* Hargrove's Answer to the

Complaint, ¶¶ 22-23.

During discovery, Hargrove provided documentary evidence to Plaintiff establishing that (i) Plaintiff was paid non-discretionary income, on an annualized basis, in excess of $100,000 per annum and (ii) Plaintiff performed one or more administrative and/or professional duties as defined under FLSA regulations.  As a result, Plaintiff admits that he was a highly compensated employee, for purposes of FLSA regulations, and that he performed one or more duties that would render him exempt from payment of overtime under the FLSA's administrative and/or professional exemptions.  *See* Exhibit 1 hereto (Declaration of Scott Peters).  Accordingly, no material dispute remains between the parties with respect to Plaintiff's claims under the FLSA, and all parties have agreed that no consideration or compensation is owed to Plaintiff for such FLSA claims. *See Parker v. Chuck Stevens Chevrolet of Atmore, Inc.*, Case 1:12-cv-461-WS-C, Document 36 (7/23/13) (granting motion to dismiss when FLSA claim faced "steep and perhaps insuperable legal and factual obstacles").

With respect to the remaining breach of contract claim for payment of accrued PTO, the parties have agreed to a settlement and dismissal of such claim, with each party to bear its own fees and costs.

WHEREFORE, for the foregoing reasons, Plaintiff and Defendant jointly request that the Court issue an order dismissing all claims with prejudice, with each party to bear its own costs and fees.

Respectfully submitted this 25th day of June, 2015.

| | |
|---|---|
| **/s/ Robert J. Camp** | **/s/ Thomas J. Woodford** |
| ROBERT J. CAMP | THOMAS J. WOODFORD |
| Attorney for Plaintiff | Attorney for Defendant |
| Wiggins, Childs, Pantazis, Fisher & Goldfarb | THE KULLMAN FIRM, PLC |
| The Kress Building | P. O. Box 1287 |
| 301 19TH STREET NORTH | Mobile, AL 36633 |
| Birmingham, AL  35203 | 251/432-1811 |
| 205/314-0500 | tjw@kullmanlaw.com |
| rcamp@wcqp.com | |