## DECLARATION OF SCOTT PETERS

1. My name is Scott Peters. I am the plaintiff in Civil Action No. 1:14-cv-276, captioned *Scott Peters v. Hargrove & Associates, Inc.*, pending in the United States District Court for the Southern District of Alabama.

2. I am a former employee of Hargrove and Associates, Inc. *d/b/a* Hargrove Engineers + Constructors in Mobile, Alabama. I was employed by Hargrove from approximately January 9, 2012 until August 29, 2013.

3. On June 17, 2014, my attorney filed the Complaint in the above-captioned matter. Count I of that Complaint was a claim under the Fair Labor Standards Act that alleged Hargrove had failed to pay overtime compensation for all hours that I worked in excess of forty hours a week. I understand that Hargrove claims that I was paid on an annual basis in excess of $100,000 per year, and that I was considered a highly compensated employee under the U.S. Department of Labor regulations. I understand that as a highly compensated individual, I would be considered as an exempt administrative or professional employee, as long as I performed one or more exempt duties or exempt administrative or professional duties.

4. I have reviewed payroll records produced by Hargrove in the lawsuit and admit that those are accurate of my received compensation. I admit that I was a highly compensated employee for purposes of DOL regulations and that I primarily performed non-manual administrative and professional work.

5. I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

_____
**Scott Peters**

STATE OF ALABAMA

COUNTY OF MOBILE

    I, the undersigned Notary Public, hereby certify that **Scott Peters** whose name is signed to the foregoing affidavit, and who is known to me, acknowledged before me on this day that he has personal knowledge of the facts contained herein, and states that the information contained in the foregoing affidavit is true and correct.

Given under my hand this 22nd day of June 2015.

_____
Notary Public

[AFFIX NOTARIAL SEAL]

ANGELA K. EBERHARDT
NOTARY PUBLIC, ALABAMA STATE AT LARGE
MY COMMISSION EXPIRES: 10/31/2018

My Commission Expires:_____